

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00761-CR
No. 04-13-00762-CR

Ruben **NERIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2005CR1231 & 2005CR1529
The Honorable Angus K. McGinty, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED. Appellate counsel's motions to withdraw are GRANTED.

SIGNED October 8, 2014.

Sandee Bryan Marion, Justice